IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHINA ASHLEY CHARLES,<br><br>　　　　　Defendant. | Case No. 1:24-MJ-407 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Marquis J Gay, being duly sworn, depose and state:

1.  I am a Special Agent with the U.S. Army Criminal Investigation Division, Fort Belvoir, VA and have been employed in that position since December 2018. Prior to my current employment, I was employed with the Protective Services Battalion, U.S. Army Criminal Investigation Division, Fort Belvoir, VA, where I was a Special Agent from March 2020 to August 2023. I have received specialized training through the Criminal Investigation Division Special Agent Course and have conducted numerous investigations relating to administrative and criminal violations on the territory of U.S. Army bases or where there is an Army interest and nexus. My duties as a U.S. Army Special Agent include the investigation of violations of the Uniform Code of Military Justice, as well as violations of the United States Code and Virginia State Code.

2.  This affidavit is submitted in support of a criminal complaint and an arrest warrant for China Ashley Charles (hereinafter referred to as "CHARLES"), in connection with the assault by striking, beating, and wounding of a 10-year old child, in violation of

18 U.S.C. § 113(a)(4), that took place on Fort Belvoir and therefore, within the special maritime and territorial jurisdiction of the United States.

3. The statements in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the government of the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. On October 8, 2024, Fort Belvoir CID office was notified by Detective Gregory Bush, Fort Belvoir Department of Emergency Services, Fort Belvoir, VA, that CHARLES assaulted 10-year old MV-1 ("minor victim 1") at their on-post residence located within the special and territorial jurisdiction of the United States within the Eastern District of Virginia. MV-1 was reported as a runaway after exiting out of his second-floor bedroom window and, when found by Department of Emergency Services, reported that he had been hit by CHARLES. MV-1 had visible bruising resulting in him being transported to the hospital.

5. Also on October 8, 2024, your affiant conducted an interview of MV-1.  MV-1 stated that earlier that morning he had woken up and walked the dog, brushed his teeth, applied lotion and deodorant, then got dressed for picture day at school. MV-1 stated CHARLES entered his room and told him to change. MV-1 stated at that time his room was dirty, and he expressed he would clean it when he got back from school. MV-1 stated CHARLES

began yelling at him because this was the second time he had forgotten to clean his room and there was a lot of trash in his room.

6. MV-1 stated CHARLES began "whipping" him in his room and hit him with a chair while relating "this is going to be my new best friend." MV-1 stated CHARLES struck him with multiple objects including a brush, chair, wire, and spatula. MV-1 said that CHARLES then tried to hit him with an iron that was turned on and felt hot to the touch.[1] MV-1 also related that at one point CHARLES started to hit him with the drawers located in his dresser because his clothes were not folded correctly.

7. MV-1 explained that CHARLES struck him on the legs, torso, arms, shoulder with the spatula and that she struck him with the chair on his back. MV-1 said CHARLES moved the iron so it was near his face, but he pushed it away. MV-1 stated there was a previous time where CHARLES attempted to press an "oven" on his face; however, he blocked it with his elbow.

8. At one point, MV-1 described CHARLES giving him a bandaid because he was bleeding. However, after she gave him the bandaid, she hit him with a brush for "bleeding on her white clothes." MV-1 stated CHARLES then instructed him to get in the tub with cold water to "get away all the bruises so she wouldn't get in trouble."

9. MV-1 stated that he complied and that CHARLES periodically checked on him in the bathtub and would throw water on his face. MV-1 was not able to go to school. MV-1 eventually fled the house by crawling out of his second floor bedroom window. MV-1 estimated that the events leading up to him leaving the house lasted for multiple hours.

---

[1] When speaking to law enforcement about the iron and the area of his body CHARLES was targeting, MV-1 pointed to his eye. Law enforcement observed a small reddish area and line where he was pointing.

10. On this same day, your affiant interviewed SSG Adrian CHARLES, CHARLES' husband, who related that CHARLES had reached out to him around 10 a.m. and told him she needed his help because MV-1 had upset her. SSG CHARLES related that he came home after he received multiple missed calls from CHARLES to assess the emergency. SSG CHARLES related that once he arrived at his residence, he observed MV-1 sitting in the tub with water but did not observe any bruises or injuries. SSG CHARLES said he asked MV-1 why he was sitting in the tub, and that MV-1 responded saying that CHARLES had disciplined him. SSG CHARLES said that he did not check the temperature of the water, but did mention that MV-1 normally bathed and showered in colder water. SSG CHARLES stated that CHARLES did not disclose using any object when she disciplined MV-1. SSG CHARLES stated that he believed that, typically, CHARLES used her hand to discipline MV-1. SSG CHARLES stated that he did not ask CHARLES about the assault, nor did she mention anything other than proper discipline.

11. Also on October 8, 2024, Child Protective Services conducted an interview of CHARLES, in which she stated that she did beat MV-1 with two different objects, a hair brush and a kitchen spoon. CHARLES stated that she was infuriated while beating MV-1 and does not remember if any additional objects were used. CHARLES related that she had used several nonviolent methods of parental discipline leading up to this incident.

12. On October 9, 2024, Fort Belvoir Resident Agency, conducted a check of the Army Law Enforcement Reporting and Tracking System (ALERTS) which revealed an incident report from September 27, 2024 relating to MV-1 and CHARLES. On this occasion, 10-year old MV-1 was located by a neighbor, distressed, and pleaded with the neighbor not to be returned home. When MV-1 came back to the house, CHARLES was on the phone

complaining that she did not want MV-1 any more. During this incident, MV-1 stated he did not want law enforcement to leave because he didn't want to get hurt anymore. Subsequently, MV-1 was observed holding a large screwdriver and when questioned about it, MV-1 explained that CHARLES told him he "needed to go to Juvie, and to go to Juvie, I need to commit a real crime." MV-1 stated, "she told me to grab something and break the window on her car so that the police can take me."

13. Medical records from October 8 – October 9 for MV-1 indicated that, amongst other things, he was treated for multiple black and red bruises on his back and reddened spots near his upper clavicle and a reddened/raised nail scratch, black and red bruises to bilateral shoulder blades, left upper shoulder scratches, a reddened bruise to his right upper clavicle area and a "bump" to the back of his head.

## CONCLUSION

14.      Based on the foregoing, I submit that there is probable cause to believe that on or about October 8, 2024, in the special and territorial jurisdiction of the United States in Fort Belvoir, in the Eastern District of Virginia, China CHARLES assaulted MV-1 by beating, striking, and wounding using various objects to do so, in violation of 18 U.S.C. § 113(a)(4).

Respectfully submitted,

_____
Marquis J Gay
U.S. Criminal Investigation Command
Fort Belvoir Resident Agency

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 9, 2024.

_____
The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia